UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 18-2446-MWF (SKx) | **Date:** November 26, 2019 |
| **Title:** Chris Langer v. Kenarik Boghouzian et al. | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER TO SHOW CAUSE RE: SANCTIONS

On March 27, 2018, Plaintiff Chris Langer filed this action against Defendants Kenarik Boghouzian, Seroj Boghouzian, and Garabet Nercessian. (Docket No. 1). On October 22, 2018, the Court issued an Order Re Jury Trial ("Order"), in which deadlines for this action were set. (Docket No. 29). Under this Order, the deadline to file Memoranda of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding Settlement, and all Motions in Limine was November 4, 2019. (*Id.*). The deadline to lodge a proposed Pretrial Conference Order, file the agreed set of Jury Instructions and Verdict Forms, and file Statements Regarding Disputed Instructions and Verdict Forms was November 12, 2019. (*Id.*). The Order also set a Final Pretrial Conference on November 25, 2019 and a trial date of December 17, 2019. (*Id.*).

Plaintiff filed a Memorandum of Contentions of Fact and Law on November 12, 2019. As of November 25, 2019, the parties have not filed any other pre-trial documents.

On November 25, 2019, the Court held a Final Pretrial Conference. Counsel for Plaintiff appeared at the conference. No one putatively representing Defendants made an appearance. Plaintiff's counsel indicated that the parties had discussed requesting a continuance, but that they have not finalized on a proposed plan.

Defendants and their counsel are **ORDERED** to show cause, in writing, why they should not be sanctioned $500.00 for failing to appear at the Pre-Trial Conference and for failing to file any pre-trial documents pursuant to the Local Rules and this

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES—GENERAL</u>

**Case No.**  CV 18-2446-MWF (SKx)                              **Date:**  November 26, 2019
Title:     Chris Langer v. Kenarik Boghouzian et al.

Court's Order.  Defendants' response to the Order to Show Cause shall be filed on or before **December 2, 2019**.

    The parties are also **ORDERED** to meet and confer and file a stipulation regarding a continuance of dates on or before **December 2, 2019**.  The only reason the Court will entertain a continuance of the trial date is because another trial seems likely to occur that day.  ***Defendants are not entitled to a continuance.***

    IT IS SO ORDERED.