UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  **CV 18-2446 MWF (SKx)**　　　　　　　　　　Date:  September 28, 2021

Title  **Chris Langer v. Kenarik Boghouzian, et al.**

---

Present: The Honorable:　　MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**　　**ORDER DISMISSING ACTION**

Based upon the representations of Plaintiff that the action is moot, which the Court deems a request for voluntary dismissal, the action is DISMISSED without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer:  RS/sjm